**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

CTDC/NHCT
02-cv-427
Eginton

## SUMMARY ORDER

FILED
[handwritten date]
U.S. DISTRICT COURT
NEW HAVEN, CONN.

THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 18th day of September, two thousand and three.

PRESENT:

    JOSÉ A. CABRANES
    BARRINGTON D. PARKER, JR.
        *Circuit Judges*
    JED S. RAKOFF
        *District Judge*[*]



UNITED STATES COURT OF APPEALS
FILED
SEP 18 2003
SECOND CIRCUIT

---

GREENWICH INS. CO.,

    Plaintiff-Counter-Defendant-Appellee,

v.

ASEA BROWN BOVERI, INC., ABB LUMMUS GLOBAL, INC., ABB VETCO GRAY, INC., and ABB AUTOMATION, INC.,

    Defendants-Counter-Plaintiffs-Appellants.

No. 02-9135

---

| | |
|---|---|
| **APPEARING FOR APPELLANTS:** | PHILIP H. HECHT, Kirkpatrick & Lockhart LLP, Washington, D.C. (Steven Berglass, Seeley & Berglass, New Haven, CT, *on the brief*). |
| **APPEARING FOR APPELLEE:** | CHARLES PLATTO, Norwich, VT (Kathleen F. Munroe, Litchfield Cavo, Avon, CT, *on the brief*). |

---

[*] The Honorable Jed S. Rakoff, of the United States District Court for the Southern District of New York, sitting by designation.

ISSUED AS MANDATE: OCT 1 0 2003

Appeal from an order of the United States District Court for the District of Connecticut (Warren W. Eginton, *Judge*).

**UPON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the appeal be and it hereby is DISMISSED.

Plaintiff-Counter-Defendant-Appellee Greenwich Insurance Company filed a complaint against the defendants in Connecticut Superior Court, seeking a declaration regarding the rights and obligations of the parties with respect to certain insurance claims filed with the plaintiff by several of the defendants. On March 8, 2002, the defendants removed this action to federal court, asserting diversity jurisdiction even though two of the named defendants are citizens of Connecticut, *cf.* 28 U.S.C.§ 1441(b), and even though the plaintiff appeared also to be a citizen of Connecticut. The plaintiff filed a motion to remand, which the defendants opposed by arguing, *inter alia*, that the two Connecticut defendants were fraudulently joined in order to defeat removal.

On August 27, 2002, Magistrate Judge Holly B. Fitzsimmons filed a Recommended Ruling suggesting that the District Court grant the plaintiff's motion to remand. In particular, Magistrate Judge Fitzsimmons concluded that the Connecticut defendants were not misjoined and, therefore, that subject matter jurisdiction was lacking. On October 17, 2002, the District Court endorsed and adopted Magistrate Judge Fitzsimmons's Recommended Ruling and the case was remanded to the Connecticut Superior Court. The defendants timely filed this appeal.

A remand order based on lack of subject matter jurisdiction "'is not reviewable on appeal or otherwise.'" *Quackenbush v. Allstate Ins. Co.*, 517 U.S. 706, 711 (1996) (quoting 28 U.S.C. § 1447(d)); *see also Gravitt v. Southwestern Bell Tele. Co.*, 430 U.S. 723, 723-24 (1977) (holding that a District Court's remand order based on a lack of diversity was "unreviewable by the Court of Appeals, by mandamus or otherwise"); *Excimer Assoc., Inc. v. LCA Vision, Inc.*, 292 F.3d 134, 139 (2d Cir. 2002) (holding that "[a] district court's conclusion that [a party] was necessary to the action is not separate from the question of the district court's subject matter jurisdiction" and, therefore, is precluded from appeal by 28 U.S.C. § 1447(d)).

Accordingly, we lack jurisdiction to entertain the defendants' appeal in this case, and the appeal must be, and is hereby, DISMISSED.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *[signature]*
Oliva M. George, Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *[signature]*
DEPUTY CLERK

2